IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| FRED C. MANGOLD, Independent Administrator of the Estate of JUDITH MANGOLD, Deceased and FRED C. MANGOLD, Individually, | ) ) ) ) ) | | |
| Plaintiff, | ) ) | | **08 C 73** |
| v. | ) ) | No. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, et al. | ) ) ) | | **JUDGE HIBBLER** **MAGISTRATE JUDGE MASON** |
| Defendants. | ) ) | | |

## AFFIDAVIT

Susan K. Laing on oath deposes and says that she has personal knowledge of the following facts and could testify thereto if called as a witness:

1.      I am one of the counsel for Defendants National Railroad Passenger Corporation and BNSF Railway Company in the above-captioned matter.

2.      Within 30 days of the service of the original complaint on Amtrak, I contacted the various counsel for the municipal defendants, requesting their consent to Amtrak's removal of the matter to federal court, based on federal question jurisdiction.

3.      None of the municipal defendants would consent to the removal. The stated reasons were either that the municipal defendants felt that their interests were better served in a state court sitting within their county or that they preferred to litigate the matter in a location near their counsel's office.

4.      Upon the dismissal of the last municipal defendant, I contacted Gary Eiten, counsel for the Baker defendants and sought their consent to a removal based on federal question jurisdiction.

5.      The Baker defendants also would not consent to the removal, preferring to litigate the matter in a location near Mr. Eiten's office in Ottawa, Illinois.

Susan K. Laing
ANDERSON, RASOR & PARTNERS, LLP

**EXHIBIT**

**B**

Subscribed and Sworn
To Before Me This 4th
Day of JANUARY _____, 2008.

*Sharon F. Dinovo*

"OFFICIAL SEAL"
SHARON F. DINOVO
Notary Public, State of Illinois
My Commission Expires 09/27/10