(SC28) ORDER - PROOF OF SERVICE                                                                                    ORDPRFS (12/99)

**UNITED STATES OF AMERICA**
**STATE OF ILLINOIS        COUNTY OF LASALLE**
**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT**

Mangold
        -vs-

Earl Township, et Al.                    Case No.: 06 L 05

FILED AUG 16 2007

CHECKED DOCKET DEPT.

## ORDER

This matter coming to be heard on Defendants' Earl Township + Robert Goodbred's motion to dismiss, all parties given due notice and the court being fully advised in the premises; It is hereby ordered:

1.) Defendants' motion to dismiss being fully briefed and the court hearing oral arguments grants said motion and dismisses Plaintiffs 3rd Amended Complaint with prejudice as to Earl Township and Robert Goodbred;

2.) The court finds this order to be final + appealable pursuant to Sup. Ct. Rule 304(a);

3.) Matter is further set for status on 10/25/07 at 9:00 Am.

Dated: 8-16-07                                    _____ Judge

### PROOF OF SERVICE

I hereby certify that a copy hereof was duly served upon:

Name: _____        Name: _____
Address: _____        Address: _____

Name: _____        Name: _____
Address: _____        Address: _____

on the ____ day of _____, 20 ____.    By personal service ☐   U.S. Mail ☐

                                            Signed: _____
                                            Title: _____

**EXHIBIT E**

08 C 73   JUDGE HIBBLER   MAGISTRATE JUDGE MASON