U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 C 73

Fred C. Mangold, Independent Administrator of the Estate of
Judith Mangold, Deceased, and Fred C. Mangold, Individually

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

National Railroad Passenger Corporation and BNSF Railway Company

| NAME (Type or print) |
|---|
| Susan K. Laing |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Susan K. Laing |

| FIRM |
|---|
| Anderson, Rasor & Partners, LLP |

| STREET ADDRESS |
|---|
| 55 East Monroe, Suite 3650 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06211085 | 312-673-7813 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

    I, the undersigned, a non-attorney, on oath state that I caused a copy of the foregoing APPEARANCE to be served upon:

Ms. Deidre Baumann
Baumann & Shuldiner
20 S. Clark Street - Suite 500
Chicago, IL 60603

by placing a true and correct copy in the U.S. Mail Chute at 55 East Monroe, Chicago, Illinois 60603, before the hour of 5:00 pm on this 8th day of January, 2008.

_____
Catherine M. Tervanis

Subscribed and sworn to before me
this 8th day of January, 2008

_____
Notary Public

"OFFICIAL SEAL"
CAROL D. CARSON
Notary Public, State of Illinois
My Commission Expires 2/2/11

ANDERSON, RASOR & PARTNERS, LLP
55 E. Monroe Street, Suite 3650
Chicago, IL 60603
(312) 6730-7800