IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FRED C. MANGOLD, Independent Administrator of the Estate of JUDITH MANGOLD, Deceased and FRED C. MANGOLD, Individually,<br><br>   Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 08 C 73<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING

  I HEREBY CERTIFY that a copy of the Notice of Removal to remove the above-styled cause from the Circuit Court of the Thirteenth Judicial District, LaSalle County, Illinois, to this Court has been filed with the Clerk of the Circuit Court of the Thirteenth Judicial District, LaSalle County, Illinois, on the 4th day of January, 2008.

DATE:  January 8, 2008

                 _/s/ Susan K. Laing_
                 Susan K. Laing
                 Anderson, Rasor & Partners, LLP
                 Attorneys for Defendants
                 NATIONAL RAILROAD PASSENGER
                 CORPORATION and BNSF RAILWAY
                 COMPANY

Susan K. Laing
Anderson, Rasor & Partners, LLP
55 East Monroe, Suite 3650
Chicago, Illinois 60603
(312) 673-7813 (S.K. Laing)
susan.laing@arandpartners.com

## CERTIFICATE OF SERVICE

I, the undersigned, a non-attorney, being first duly sworn on oath, deposes and states that she served the foregoing **NOTICE OF FILING** to:

> Ms. Deidre Baumann
> Baumann & Shuldiner
> 20 South Clark Street
> Suite 500
> Chicago, IL 60603

by mailing a true copy thereof to counsel as listed above, before the hour of 5:00 p.m. on the 8th day of January, 2008.

Subscribed and Sworn To Before Me
this __8th__ day of January, 2008

_____
Notary Public

"OFFICIAL SEAL"
CAROL D. CARSON
Notary Public, State of Illinois
My Commission Expires 2/2/11

ANDERSON, RASOR & PARTNERS, LLP
55 E. Monroe Street
Suite 3650
Chicago, IL 60603
(312) 673-7800