**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 73

FRED C. MANGOLD, Independent Administrator of the Estate
of JUDITH MANGOLD, Deceased, et al.,
-vs-
NATIONAL RAILROAD PASSENGER CORPORATION,
et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FRED C. MANGOLD, as Independent Administrator and Individually

| | |
|---|---|
| **NAME** (Type or print) <br> Deidre Baumann | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Deidre Baumann | |
| **FIRM** <br> Baumann & Shuldiner | |
| **STREET ADDRESS** <br> 20 South Clark Street, Suite 500 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois  60603                                          Cook | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6209602 | **TELEPHONE NUMBER** <br> (312) 558-3119 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |