IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **FRED C. MANGOLD, Independent Administrator of the Estate of Judith A. Mangold, Deceased, and FRED C. MANGOLD, Individually,**<br><br>**Plaintiffs,**<br><br>-vs-<br><br>**NATIONAL RAILROAD PASSENGER CORPORATION,** *et al.***,**<br><br>**Defendants.** | **Case No. 08 C 73** |

## NOTICE OF MOTION

To:   Susan K. Laing
        Anderson, Rasor & Partners, LLP
        55 East Monroe, Suite 3650
        Chicago, Illinois 60603

PLEASE TAKE NOTICE that on February 13, 2008 at 9:30 a.m., I shall appear before the Honorable Judge Hibbler and present Plaintiffs' Motion to Remand in Courtroom 1225, Dirksen Federal Building, Chicago, Illinois, at which time you may appear and be heard.


/s/   Deidre Baumann
_____

Baumann & Shuldiner
20 South Clark Street, Suite 500
Chicago, IL 60603
(312) 558-3119