**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Judith A. Mangold, et al.
                              Plaintiff,

v.                                                       Case No.: 1:08−cv−00073
                                                       Honorable William J. Hibbler

National Railroad Passenger Corporation, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

      MINUTE entry before Judge William J. Hibbler: Motion hearing held on 2/14/2008 regarding motion to remand [6]. Plaintiffs' Motion to remand [6] is taken under advisement. Defendants' respond by 3/6/2008. Plaintiffs' reply to be filed by 3/20/2008. Ruling by mail. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.