# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 73 | **DATE** | 4/16/2008 |
| **CASE TITLE** | FRED MANGOLD, et al. Vs. NATIONAL RAILROAD PASSENGER CORP., et al. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. The Court GRANTS Plaintiffs' Motion to Remand to the Circuit Court of LaSalle County (doc. #6). All pending dates and motions are terminated as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | JHC |
|---|---|---|